BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
MY-LINH HUANG
Certified Law Clerk
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000

FILED
MAY 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM LEANDER WENZEL JR.<br><br>　　　　　　Defendant. | CASE NO. 5:10-CR-16 JLT<br><br>VIOLATIONS: 18 U.S.C. § 704(b) and (c) False Claim of Award of Military Decorations and Medals; 18 U.S.C. § 498 - Falsely Altering Military Discharge Certificates<br><br>[Class A Misdemeanors] |

**I N F O R M A T I O N**

COUNT ONE:   [18 U.S.C. § 704(b) and (c) False Claim of Award of Military Decorations and Medals]

The United States Attorney charges:   T H A T

WILLIAM LEANDER WENZEL, JR.,

defendant herein, on or about January 2008, through on or about December 2009, in the State and Eastern District of California, did knowingly wear a decoration and medal authorized by Congress for the armed forces of the United States, or any colorable imitation

1. thereof, to wit: a National Defense Service Medal, Vietnamese Service
2. Medal, Combat Action Ribbon, Silver Star, Bronze Star, Purple Heart,
3. and an Expeditionalry Medal, knowing that he was not bestowed such
4. decoration and medal under regulations made pursuant to law, all in
5. violation of Title 18, United States Code, Sections 704(b) and (c).
6. COUNT TWO:     [18 U.S.C. § 498 - Falsely Altering Military Discharge Certificates]
7.
8. The United States Attorney further charges: T H A T
9. WILLIAM LEANDER WENZEL, JR.,
10. defendant herein, on or about January 2008, through on or about
11. December 2009, in the State and Eastern District of California, did
12. falsely alter a certificate of discharge from the military of the
13. United States and used, possessed, or exhibited such certificate,
14. knowing the same to be falsely altered, in violation of Title 18,
15. United States Code, Section 498.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 25, 2010         By  /s/ Lauren J. Montoya
LAUREN J. MONTOYA
Assistant U.S. Attorney

INFORMATION
U.S. v. WENZELL

## PENALTY SLIP

**DEFENDANT:**     WENZEL, WILLIAM LEANDER

**VIOLATIONS:**     18 U.S.C. § 704(b) and (c) False Claim of Award of Military Decorations and Medals (Count 1)

18 U.S.C. § 498 - Falsely Altering Military Discharge Certificates (Count 2)

**PENALTIES:**     **(as to each count)**

- (a) Imprisonment.
  Maximum: One (1) year

- (b) Fine.
  Maximum: One Hundred Thousand ($100,000)

- (c) Both Fine and Imprisonment.

- (d) Special Assessment.
  Mandatory: Twenty Five ($25)